1  **McGLINCHEY STAFFORD**
   Brian A. Paino (SBN 251243)
2  Allison Chua (SBN 284680)
   18201 Von Karman Avenue, Suite 350
3  Irvine, California 92612
   Telephone:  (949) 381-5900
4  Facsimile:   (949) 271-4040
   Email:       bpaino@mcglinchey.com
5              achua@mcglinchey.com

6  Attorneys for *Defendants* **Select Portfolio Servicing, Inc., U.S. Bank National**
   **Association, As Trustee, Successor In Interest To Bank Of America, National**
7  **Association As Successor By Merger To LaSalle Bank National Association, As**
   **Trustee For Certificateholders Of Bear Stearns Asset Backed Securities I LLC,**
8  **Asset Backed Certificate Series 2005-FR1 (Erroneously Sued As "U.S. National**
   **Bank Association, As Trustee"), And National Default Servicing Corporation**

9

10                    **UNITED STATES DISTRICT COURT**

11      **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

12 | **GORDON RICHARDSON**, an individual | Case No.:
13 |                Plaintiff,
14 |   v.                                 | **EXHIBITS A, B AND C TO NOTICE**
                                            **OF REMOVAL**
15 | **SELECT PORTFOLIO SERVICING**
      **INC.; U.S. NATIONAL BANK**         | State Court Case No. 56-2017-
16 | **ASSOCIATION, AS TRUSTEE,**           | 00496789-CU-OR-VTA
      **SUCCESSOR IN INTEREST TO BANK**    | Action Filed:  May 22, 2017
17 | **OF AMERICA, NATIONAL**              | Trial Date:      NA
      **ASSOCIATION AS SUCCESSOR BY**
18 | **MERGER TO LASALLE BANK**
      **NATIONAL ASSOCIATION, AS**
19 | **TRUSTEE FOR**
      **CERTIFICATEHOLDERS OF BEAR**
20 | **STEARNS ASSET BACKED**
      **SECURITIES I LLC, ASSET-BACKED**
21 | **CERTIFICATES, SERIES 2005-FR1;**
      **NATIONAL DEFAULT SERVICING**
22 | **CORPORATION; and DOES 1**
      **THROUGH 10 INCLUSIVE**
23
                   Defendants.
24

25 | ///

26 | ///

27 | ///

28

                              1
                          **EXHIBITS**
926204.1