# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - REOPENING/CLOSING

Case No. CV 17-4632-JFW (PJWx)　　　　　　　　Date August 15, 2017

Title: Gordon Richardson -v- Select Portfolio Servicing, Inc., et al.

Present: The Honorable JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　　Attorneys Present for Defendants:

Not Present　　　　　　　　　　　　　　　Not Present

Proceedings:　　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 8/14/17 [25] .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer　sr

CV-74 (10/08)　　　　　　　　**CIVIL MINUTES -REOPENING/CLOSING**